No. 17,580.

MARIO RONCE v. ELWOOD F. BAIR AND ALTA BAIR.
(285 P. [2d] 604)

Decided July 11, 1955.

Mr. NEIL S. MINCER, Mr. ROBERT DELANEY, Mr. KENNETH BALCOMB, for plaintiff in error.

Messrs. CLAUSSEN & KARR, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.

MR. JUSTICE CLARK not participating.